JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN SWEARINGEN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WESTLAKE HEALTH CARE PLAN;<br>BLUE CROSS BLUE SHIELD OF<br>GEORGIA, INC. dba ANTHEM<br>BLUE CROSS BLUE SHIELD,<br><br>　　　　　Defendants. | Case No. 2:20-cv-02052-MCS-JEM<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　In accordance with the Court's Findings of Fact and Conclusions of Law, the Court enters Judgment in favor of Defendants in this matter.

**IT IS SO ORDERED**

Dated:　August 25, 2021

　　　　　　　　　　　　　　　　　By: _/s/ Mark C. Scarsi_____
　　　　　　　　　　　　　　　　　　　Mark C. Scarsi
　　　　　　　　　　　　　　　　　　　United States District Court Judge